

# COURT OF APPEALS

SANDEE BRYAN MARION
    CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
    JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 17, 2015

David McQuade Leibowitz
6243 W Ih 10 Ste 1000
San Antonio, TX 78201-2091
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-14-00097-CV
        Trial Court Case Number:     13-12-16486-CV
        Style:  Luis Alfredo Rosa and Myrna Lizzet Rosa
                v.
                Mestena Operating, LLC

Dear Counsel:

     The Supreme Court of Texas has this date requested that this court forward the file for the above styled and numbered cause. The petition for review was filed on May 15, 2015. (THE PETITION FOR REVIEW WAS FILED BY DAVID McQUADE LEIBOWITZ). This court shall forward this case as requested. An "EXPRESS FEE" (to cover the cost of forwarding the file) in the amount of $25.00 is needed by September 28, 2015.

                            Very truly yours,
                            KEITH E. HOTTLE, CLERK


                            Luz Estrada
                            Deputy Clerk, Ext. 53219


cc: Susan Renee Sullivan (DELIVERED VIA E-MAIL)
Jacob Leibowitz (DELIVERED VIA E-MAIL)
Jacqueline M. Stroh (DELIVERED VIA E-MAIL)
Mike Mills (DELIVERED VIA E-MAIL)